UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**05-14011**

CASE NO. _____ CR-GRAHAM MAGISTRATE JUDGE

18 U.S.C. 2422(b)
18 U.S.C. 2253

UNITED STATES OF AMERICA

Plaintiff,

vs.

GERALD L. SMITH,

Defendant.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 31, 2005, in Indian River County and elsewhere, in the Southern District of Florida, the defendant,

**GERALD L. SMITH,**

using a facility and means of interstate commerce, that is, an *IBM ThinkPad* Lap Top Computer, Serial Number 78-BZN94, and America OnLine, an internet service provider, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

(Criminal Forfeiture)

Upon conviction of the violation alleged in Count One of this Indictment, the defendant, **GERALD L. SMITH,** shall forfeit to the United States any property, real or personal, used or

intended to be used to commit or to promote the commission of such offense, including but not limited to the following:

one IBM ThinkPad Lap Top Computer, Serial Number 78-BZN94

Pursuant to Title 18, United States Code, Section 2253.

If any of the forfeitable property described in the forfeiture section of this indictment, as a result of any act or omission of the defendant **GERALD L. SMITH,**

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
for MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*[signature]*
JAMES G. McADAMS, III
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GERALD L. SMITH,

_____
Defendant

CASE NO. **05-14011**

CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

New Defendant(s)        Yes ___   No ___
Number of New Defendants      ___
Total number of counts        ___

Court Division:
___ Miami   ___ Key West
___ FTL    ___ WPB   _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _XX_        Petty      ___
   II   6 to 10 days    ___         Minor      ___
   III  11 to 20 days   ___         Misdem.    ___
   IV   21 to 60 days   ___         Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?   ___ Yes _X_ No

_____
James G. McAdams, III
Assistant United States Attorney
Florida Bar No. 0328839

Penalty Sheet(s) attached                                    REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

CASE NO. **05-14011**

CR-GRAHAM

Defendant's Name: **GERALD L. SMITH**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Use of internet to entice a minor to engage in sexual activity. | 18:2422(b) | 5-30 years<br>$250,000 fine<br>3 years S/R |