AUSA James G. McAdams, III

| UNITED STATES DISTRICT COURT | DISTRICT **Southern District of Florida** | |
|---|---|---|
| **UNITED STATES OF AMERICA** vs. **GERALD L. SMITH** | DOCKET 05-14011 CR-GRAHAM MAGISTRATE JUDGE LYNCH | MAGISTRATE CASE NO. |

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**
NAME: GERALD L. SMITH
DOB: 12-05-50          SSN: 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
ADDRESS: 781 Scott Road, Riverdale, GA 30296
HEIGHT: 6' 3"          WEIGHT: 190 lbs.
HAIR: Brown          EYES: Blue
RACE: White          SEX: Male
CUSTODY: St. Lucie County Jail
BOOKING NO.
AGENCY: ICE - Special Agent Chris Harvey

WARRANT ISSUED ON THE BASES OF: ☐ Order of Court
x Indictment     Information     Complaint

TO: **U.S. MARSHALS SERVICE OR ANY OTHER AUTHORIZED FEDERAL AGENCY.**

DISTRICT OF ARREST
SDFL

CITY
Fort Pierce

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Use of internet to entice a minor to engage in sexual activity.

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 2422(b) |
|---|---|---|

BAIL FIXED BY COURT *Pretrial Detention*

OTHER CONDITIONS OF RELEASE

ORDERED BY
**FRANK J. LYNCH, JR.**
**UNITED STATES MAGISTRATE JUDGE**

SIGNATURE (JUDGE/U.S. MAGISTRATE)

DATE 2/17/05

CLERK OF COURT
**CLARENCE MADDOX**

(BY) DEPUTY CLERK

DATE ISSUED 2/17/05

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

United States Judge or Judge of a State Court of Record