# United States District Court
## Southern District of Florida

### Report Commencing Criminal Action

United States of America        Case #: __05 - 14011 Graham__

VS.

__Gerald Smith__              Prisoner #: __75103-004__

*******************************************************************

To Clerk's Office, United States District Court: (Check Division)

   Miami        Ft. Lauderdale      West Palm Beach     (Ft. Pierce)     Key West

*******************************************************************

All Items are to be completed. If not applicable, please enter N/A. For unknown, please enter UNK.

1) Date of Arrest: ~~01/31/05~~ __02/23/05__         Time of Arrest: __0830 am__

2) Languages Spoken: __English__         Interpreter Needed: ___ Yes  _X_ No

3) Offenses Charged: __18 USC 2422 - use of the internet to persuade, induce or entice a minor for Sexual Intercourse__

4) United States Citizen: _X_ Yes    ___ No    ___ Unknown

5) Date Of Birth: __12/5/50__

6) Type of Charging Document:

   _X_ Indictment            ___ Criminal Complaint

   ___ Bench Warrant         ___ Probation or Supervised Release Warrant

   ___ Parole Violation Warrant

7) Case #: __u/k__

8) Originating District: _X_ S/FL    Other (please list): _____

9) Copy of Warrant given to USMS at time of booking: ___ Yes    _X_ No

10) Amount of Bond Set On Warrant: ___ Detention        Other: __u/k__

    If bond, set by whom: _____

11) Case Agent: __SS/A Chris Haney__          Agency: __ICE__

    Phone (__772__) __201-8427__

12) Name of Assistant US Attorney notified at time of arrest: __James McAdams__