UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14011-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD L. SMITH,

    Defendant.
_____/



FILED by _____ D.C.

MAR 31 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** having come on to be heard upon the Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above referenced case and this Court having conducted a change of plea hearing on March 31, 2005, this Court recommends to the District Court as follows:

    1.    On March 31, 2005, this Court convened a hearing to permit the Defendant to enter a change of plea in the aforementioned matter. At the outset of the hearing, this Court advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised the Defendant that this Court was conducting the change of plea hearing on an Order of Reference from the District Court and at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. This Court further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.



2. This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the change of plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There was no written plea agreement in this case. The Defendant pled guilty to Count One of the Indictment which charges that on or about January 31, 2005, in Indian River County and elsewhere in the Southern District of Florida, the Defendant, Gerald L. Smith, using a facility and means of interstate commerce, that is, an IBM ThinkPad Lap Top Computer, Serial Number 78-BZN94, and America OnLine, an internet service provider, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity under such circumstances as would constitute a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

5. The Defendant also consented to forfeiture of all right, title and interest to one IBM ThinkPad Lap Top Computer, Serial Number 78-BZN94 as described in the Criminal Forfeiture Count of the Indictment (Count Two) on the record at the time of the change of plea, pursuant to Title 18, United States Code, Section 2253.

6. The government stated a factual basis for the entry of the plea which included all of the essential elements of the crime to which the Defendant is pleading guilty and any

sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the possible maximum penalties in respect to Count One. The Defendant acknowledged that he understood these possible maximum penalties which could be imposed in his case.

7.  Based upon all of the foregoing and the plea colloquy conducted by this Court, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to the charge set forth in the Indictment as more particularly described herein and that the Defendant be adjudicated guilty of that offense and be found to have forfeited his right, title and interest in the IBM ThinkPad Lap Top Computer more particularly described in the Indictment and the statement of facts placed on the record by counsel for the government at the change of plea hearing.

8.  A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for **Friday, June 24, 2005, at 10:00 a.m., at the United States District Courthouse, 300 South Sixth Street, Fort Pierce, Florida,** as previously set by the District Court.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's plea of guilty be accepted, the Defendant be adjudicated guilty of the offense to which he has entered his plea of guilty and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _31st_ day of March, 2005, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA James McAdams
AFPD Robin Rosen-Evans
U. S. Probation